UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60010-CR-SMITH

UNITED STATES OF AMERICA

v.

LUDNIE JEAN, et al.,

        Defendants.
_____/

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16 and is numbered to correspond with Local Rule 88.10.

A.   1. The government is unaware of any written statements made by the defendants.

      2. The government will provide counsel with recordings of any oral statements made by the defendant to law enforcement officials in response to interrogation.

      3. No defendant testified before the Grand Jury.

      4. The government will provide counsel with the NCIC record of the defendants.

      5. Books, papers, documents, photographs, tangible objects, buildings, or places which the government intends to use as evidence at trial to prove its case in chief or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the FBI Health Care Fraud facility located at 12020 Miramar Parkway, Miramar, Florida. Please call the undersigned to set up a date and time that is convenient to both parties to examine student files and miscellaneous records obtained via search warrants executed at

1

Docuflex and More, Nursing Bridges Incorporated, Jean's NCLEX Review LLC, United Hearts Consultants, and records obtained from the Sacred Heart International Institute Inc. and the Palm Beach School of Nursing.

The government will provide counsel a CD/DVD containing the following items:

- Corporate records
- Financial records
- NCIC
- Photos of defendants
- Undercover recordings
- NCSBN NCLEX records
- FL BON records
- FL DOE records

Defense counsel will need to provide one terabyte external drives to obtain copies of the following items:

- Search warrant email account records
- Search warrant phone records
- Search warrant computer records

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of

Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of *Brady v. Maryland*, 373 U.S. 83 (1963), and *United States v. Agurs*, 427 U.S. 97 (1976). Please be advised that a witness was shown a photo of Ivette Martinez and was not able to identify her.

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of *Giglio v. United States*, 405 U.S. 150 (1972), or *Napue v. Illinois*, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. The defendant was identified in a lineup, show up, photo spread or similar identification proceedings, a copy of which will be provided to counsel.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

  L. The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

  M. The government is not aware of any latent fingerprints or palm prints, which have been identified by a government expert as those of the defendants.

  N. To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

  O. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

  P. At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

  In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

  Date: January of 2017, and continuing through in or around November of 2022
  Place: Broward and Palm Beach Counties

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   /s/ Christopher J. Clark
       CHRISTOPHER J. CLARK
       Assistant United States Attorney
       Florida Bar No. 0588040
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9167
       Fax: (305) 536-5321
       christopher.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Christopher J. Clark
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY